UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

NICHOLAS PADAO, on behalf of                  :
themselves and others similarly situate,      :
                                              :
                                              :
                          Plaintiff,          :          25-CV-10793 (VEC)
                                              :
             -against-                        :              ORDER
                                              :
AMERICAN EXPRESS NATIONAL                     :
BANK,                                         :
                                              :
                                              :
                          Defendant.          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 12, 2026, the parties appeared for an initial pretrial conference.

IT IS HEREBY ORDERED that Defendant's request to stay discovery is DENIED.  Fact discovery will proceed in the manner set forth by Plaintiff in the Joint Letter, Dkt. 126.  Fact discovery will end on **December 10, 2027**.

IT IS FURTHER ORDERED that on the fifteenth day of each month of fact discovery (or the first business day thereafter), the parties must file a joint status update, not to exceed five pages, describing the progress that has been made on discovery during the previous month and the progress that the parties expect to make in the upcoming month.  The first such update is due **July 15, 2026**.  To the extent discovery disputes arise, the parties are expected to work professionally and collegially to resolve them.  If the parties are unable to resolve their disputes, they may raise them with the Court in the manner set forth in Rule 3(B) of the Undersigned's Individual Practices in Civil Cases.

IT IS FURTHER ORDERED that the parties must appear for a post-fact discovery

conference on **Friday, December 17, 2027, at 10:00 A.M.** in Courtroom 20C of the Daniel

Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.


**SO ORDERED.**

**Date:  June 12, 2026**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

2